1                                                                              JS-6

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARLOS TORRES,                        )   CASE NO. CV08-8212 AHM (SS)
                                           )
12              Plaintiff,                 )   **[~~PROPOSED~~] JUDGMENT**
                                           )
13        vs.                              )
                                           )
14   CITY OF LOS ANGELES;                  )
     LOS ANGELES POLICE DEPARTMENT;        )
15   SGT. O. CHANDLER;                     )
     DESK OFFICER S. GONZALEZ;             )
16   DESK OFFICER A. ENRIQUEZ; and         )
     DOES 1 THROUGH 20, INCLUSIVE,         )
17                                         )
                                           )
18              Defendants.                )
                                           )
19

20        This action, having been duly tried before the Court sitting with a jury, Howard A.

21   Matz, District Judge presiding, and with a unanimous jury answering the following questions

22   in the Special Verdict:

23   <u>Question No. 1:</u>

24        (a)   Did Plaintiff CARLOS TORRES prove that Defendant GONZALEZ arrested

25              him unlawfully?

26              _____ Yes        __X__ No

27   / / /

28   / / /

                                           1

1   Question No. 2:

2       (a)  Did Plaintiff CARLOS TORRES prove that Defendant ENRIQUEZ arrested

3           him unlawfully?

4           _____ Yes      __X__ No

5   Question No.3:

6       (a)  Did Plaintiff CARLOS TORRES prove that Defendant GONZALEZ used

7           excessive force against him?

8           _____ Yes      __X__ No

9   Question No.4:

10      (a)  Did Plaintiff CARLOS TORRES prove that Defendant ENRIQUEZ used

11          excessive force against him?

12          _____ Yes      __X__ No

13

14

15      And this Special Verdict being signed by the presiding juror this 20th day of

16  November, 2009, and published in open Court;

17      It is ordered and adjudged that judgment be entered in favor of Defendants

18  ORLANDO CHANDLER, SIDNEY GONZALEZ and ANTONIO ENRIQUEZ; that Plaintiff

19  Carlos Torres take nothing from Defendants, ORLANDO CHANDLER, SIDNEY

20  GONZALEZ and ANTONIO ENRIQUEZ; and that Defendants ORLANDO CHANDLER,

21  SIDNEY GONZALEZ and ANTONIO ENRIQUEZ shall be entitled to recover from

22  Plaintiffs the costs of this action.

23

24

25  DATED: __November 30__, 2009       _____

26                                Honorable Howard A. Matz
                              United States District Judge

27

28